Case 1:19-cv-04939-MLB   Document 319   Filed 03/14/23   Page 1 of 4

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 14 2023

KEVIN P. WEIMER, Clerk
By: J. Kelley, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TOP TOBACCO, L.P., REPUBLIC TECHNOLOGIES (NA), LLC, and REPUBLIC TOBACCO, L.P.,

Plaintiffs,

v.

STAR IMPORTERS & WHOLESALERS, INC., AMIN S. HUDDA, ZIYA BUSINESS INC. d/b/a ZCELL & NOVELTIES, and SAMADALI LAKHANI,

Defendants.

Civil Action No. 1:19-cv-4939-MLB

Honorable Michael L. Brown

**JURY VERDICT ON PLAINTIFFS' COUNTS AGAINST DEFENDANTS STAR IMPORTERS & WHOLESALERS, INC. AND AMIN "MONTY" S. HUDDA**

We the jury in the above-captioned action, find the following verdict on the following questions submitted to us on the claims asserted by Plaintiffs against Defendants Star Importers & Wholesalers, Inc. and Amin "Monty" S. Hudda (collectively, "Defendants"):

1

1. Do you find that Star Importers & Wholesalers, Inc.'s acts of trademark infringement and counterfeiting were willful?

        YES                  (NO)

        (Circle one)

If your answer is "Yes," go to Question No. 2.

If your answer is "No," go to Question No. 3.

2. If you answered "Yes" to Question No. 1, you must now determine the amount of damages to be awarded per registered trademark. You must award an amount not less than $1,000 and not more than $2 million per mark.

Amount awarded per mark:   $_____

        x 9 registered trademarks

        = $_____ total.

3. If you answered "No" to Question No. 1, you must now determine the amount of damages to be awarded per registered trademark. You must award an amount not less than $1,000 and not more than $200,000 per mark.

Amount awarded per mark:   $ _____123,000_____

x 9 registered trademarks

= $ _____1,102,000_____ total.

Regardless of whether you answered "Yes" or "No" to Question No. 1, go to Question No. 4.

4. Do you find that Amin "Monty" S. Hudda is personally liable for Star Importers & Wholesalers, Inc.'s acts of trademark infringement and counterfeiting of Plaintiffs' trademarks?



**YES**   NO

(Circle one)

After completing this form, the Foreperson should sign and date it, place it in an envelope, and inform the Marshal that the jury has reached a verdict.

_3/14/23_
DATE

_[signature]_
FOREPERSON