FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 14 2023

KEVIN P. WEIMER, Clerk
By: J. Kelley, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TOP TOBACCO, L.P., REPUBLIC TECHNOLOGIES (NA), LLC, and REPUBLIC TOBACCO, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> STAR IMPORTERS & WHOLESALERS, INC., AMIN S. HUDDA, ZIYA BUSINESS INC. d/b/a ZCELL & NOVELTIES, and SAMADALI LAKHANI, <br><br> Defendants. | Civil Action No. 1:19-cv-4939-MLB <br><br> Honorable Michael L. Brown |

### JURY VERDICT ON PLAINTIFFS' COUNTS AGAINST DEFENDANTS ZIYA BUSINESS INC. d/b/a ZCELL & NOVELTIES AND SAMADALI LAKHANI

We the jury in the above-captioned action, find the following verdict on the following questions submitted to us on the claims asserted by Plaintiffs against Defendants Ziya Business Inc. d/b/a ZCell & Novelties and Samadali Lakhani (collectively, "Defendants"):

1

1. Do you find that Defendants' acts of trademark infringement and counterfeiting were willful?

        YES             **NO** *(circled)*

        (Circle one)

If your answer is "Yes," go to Question No. 2.

If your answer is "No," go to Question No. 3.

2. If you answered "Yes" to Question No. 1, you must now determine the amount of damages Defendants must pay per registered trademark. You must award an amount not less than $1,000 and not more than $2 million per mark.

    Amount awarded per mark:   $ _____

                            x 9 registered trademarks

                         = $ _____ total.

3.  If you answered "No" to Question No. 1, you must now determine the amount of damages Defendants must pay per registered trademark. You must award an amount not less than $1,000 and not more than $200,000 per mark.

Amount awarded per mark:   $ _____138,000_____

x 9 registered trademarks

= $ _____1,242,000_____ total.

After completing this form, the Foreperson should sign and date it, place it in an envelope, and inform the Marshal that the jury has reached a verdict.

_____3/14/23_____
DATE

_____[signature]_____
FOREPERSON

3